Dismissed and Memorandum Opinion filed April 7, 2005









Dismissed and Memorandum Opinion filed April 7, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00053-CV

____________

 

WESTCHESTER FIRE INSURANCE, Appellant

 

V.

 

MONIQUE KIRKLAND HODGSON as
Guardian of the Estate of EARL DUDLEY KIRKLAND, III, Individually and on Behalf
of the Estate of BILLIE JOE KIRKLAND, EARL KIRKLAND, JR, and LYNN NELL SHIMEK, Appellees

 



 

On Appeal from the
344th District Court

Chambers County,
Texas

Trial Court Cause
No. 17582

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 10, 2004.

On March 29, 2005, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 7 , 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.